

| | | |
|---|---|---|
| **JULIAN L. BUSH**<br>**CITY COUNSELOR** | **CITY OF ST. LOUIS**<br>**LAW DEPARTMENT**<br>**MUNICIPAL COURTS SECTION**<br>1520 MARKET STREET, ROOM 1062<br>ST. LOUIS, MO  63103-2639<br>(314) 657-1844<br>Facsimile (314) 613-3183 | **LYDA KREWSON**<br>**MAYOR** |

October 13, 2017

Keith William Rose

Re: Municipal Court Citation

Mr. Rose:

    You were recently arrested by a police officer who believed that probable cause was shown that you had violated an ordinance of the City of St. Louis.  In anticipation that the City Counselor would charge you with that offense, you were instructed to appear in the City of St. Louis' Municipal Court on October 18, 2017.  As of today, the City Counselor is still reviewing the evidence against you in order to decide whether or not to file charges and it is not anticipated that this decision will be made prior to October 18, 2017.

    Therefore, you are released from any obligation to appear in Municipal Court on October 18, 2017, in connection with the offense being considered.  After a review of the matter is completed, should a decision be made to file charges against you, you will be notified by mail of that decision and advised when and where to appear to defend against those charges.

Sincerely,

Craig K. Higgins
Associate City Counselor

**EXHIBIT H**