UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.  4:19-cv-2590 CDP |
| | ) |
| LT.COL. LAWRENCE O'TOOLE, et al., | ) |
| | ) |
| Defendants. | ) |

**REPLY MEMORANDUM REGARDING MOTION TO DISMISS OF DEFENDANTS AUBUCHON et al. ("ADD-ON DEFENDANTS")**

Defendants Lt. Scott Aubuchon and 41 other defendants, were added to the amended complaint at ¶11, after efforts to pare down the universe of defendants ended by expanding it. These "add-on defendants" include supervisors and line officers.  These defendants agree that the positions of all parties are fully briefed in connection with the other pending motions to dismiss, and they adopt the replies filed by the defendant supervisors and the line officer defendants, see ECF 41 & 42.

Respectfully submitted,

JULIAN L. BUSH
CITY COUNSELOR

/s/Robert H. Dierker 23671(MO)
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564(MO)
Associate City Counselor
Abby Duncan 67766(MO)
Associate City Counselor
Amy Raimondo 71291(MO)
Assistant City Counselor
1200 Market St.
City Hall, Rm 314

St. Louis, MO 63103  
314-622-3361  
Fax 314-622-4956