UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2590 CDP |
| ) | |
| LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendants: **Orlando Morrison, Rebecca Andrews, Daniel Cora, Bradford Ellis, Orie Figgs, Michael Flatley, Derrick Frye, Daniel Howard, Fred Klefisch, Jon Long, Brandon Moore, Aaron Mueller, William Olsten, Cliff Sommer, Christopher Tanner, Matt Tesreau, James Wurm, Dustin Boone, Bailey Colletta, Randy Hays, Steve Korte, & Christopher Myers**.  Because it does not appear that service of the complaint has been timely made within 90 days after the filing of the complaint on **September 17, 2019**,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiffs shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants **Orlando**

**Morrison, Rebecca Andrews, Daniel Cora, Bradford Ellis, Orie Figgs, Michael Flatley, Derrick Frye, Daniel Howard, Fred Klefisch, Jon Long, Brandon Moore, Aaron Mueller, William Olsten, Cliff Sommer, Christopher Tanner, Matt Tesreau, James Wurm, Dustin Boone, Bailey Colletta, Randy Hays, Steve Korte, & Christopher Myers** for lack of timely service.

                                                                           */s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2020.