**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:19-CV-02590-CDP |
| ) | |
| LT. COL. LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO DISMISS PARTIES**

With consent of Defendants, Plaintiffs move to dismiss **without prejudice** all claims against Orlando Morrison and Fred Klefisch and to dismiss them as parties from this action.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request the Court to enter an order dismissing without prejudice all claims against Orlando Morrison and Fred Klefisch and to dismiss them as parties from this action.

1

2

Date: August 28, 2020                               Respectfully submitted,

                                                    KHAZAELI WYRSCH, LLC

                                                    /s/ James R. Wyrsch
                                                    Javad M. Khazaeli, #53735(MO)
                                                    James R. Wyrsch, #53197(MO)
                                                    Kiara N. Drake, #67129(MO)
                                                    911 Washington Avenue, Suite 211
                                                    St. Louis, MO 63101
                                                    (314) 288-0777
                                                    javad.khazaeli@kwlawstl.com
                                                    james.wyrsch@kwlawstl.com
                                                    kiara.drake@kwlawstl.com

                                                    Alicia Campbell, 59586(MO)
                                                    Campbell Law LLC
                                                    3407 Jefferson Avenue
                                                    St. Louis, MO 63118
                                                    P: 888.588.5043
                                                    F: 314.588.9188
                                                    alicia@campbelllawllc.com

                                                    *Attorneys for Plaintiffs*