UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2590 CDP |
| ) | |
| LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

As requested by plaintiffs with consent of defense counsel in response to the Court's Order to Show Cause [ECF 47],

**IT IS HEREBY ORDERED** that, by no later than **October 5, 2020**, the City Counselor's office must enter an appearance on behalf of Defendants Rebecca Andrews, Daniel Cora, Bradford Ellis, Orie Figgs, Michael Flatley, Derrick Frye, Daniel Howard, Jon Long, Brandon Moore, Aaron Mueller, William Olsten, Cliff Sommer, Christopher Tanner, Matt Tesreau, James Wurm, Dustin Boone, Bailey Colletta, Randy Hays, Steve Korte, & Christopher Myers, or Plaintiffs must serve these Defendants, or the claims against these Defendants will be dismissed without prejudice, and the Defendants will be dismissed as parties from this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2020.