UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2590 CDP |
| ) | |
| LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF DISMISSAL**

With consent of Defendants, Plaintiffs have moved to dismiss all claims against **Orlando Morrison and Fred Klefisch**, and dismiss them as parties from this action.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendants **Orlando Morrison and Fred Klefisch** is **DISMISSED** without prejudice.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2020.