UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA STREET, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:19-CV-02590 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LT. COL. LAWRENCE O'TOOLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

COMES NOW Deputy City Counselor Robert H. Dierker and hereby enters his appearance as counsel of record for the all Defendants named below:

Ofr. James Wurm
Ofr. Michael Flatley
Ofr. Daniel Cora
Ofr. Brandon Moore
Ofr. Clifford Sommer
Ofr. Matthew Tesreau
Ofr. Rebecca Andrews
Ofr. Bradford Ellis
Ofr. Orie Figgs
Ofr. Derrick Frye
Ofr. Aaron Mueller a/k/a Ronald Mueller
Ofr.  Jon Long
Lt. Daniel Howard

        Respectfully submitted,

        JULIAN BUSH
        CITY COUNSELOR

        /s/ Robert H. Dierker
        Robert H. Dierker, #23671 MO
        Deputy City Counselor
        1200 Market Street
        City Hall, Room 314
        St. Louis, MO  63103
        314.622.3361
        FAX: 314.622.4956
        dierkerr@stlouis-mo.gov
        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 24, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                                  /s/ Robert H. Dierker