**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ALICIA STREET, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:19-CV-02590-CDP |
| | ) |
| LT. COL. LAWRENCE O'TOOLE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL
<u>NOTICE OF PROCESS SERVER</u>**

Plaintiffs seek to file a Memorandum for Issuance of Summons to request the issuance of a summons for Steven Korte, Dustin Boone, Randy Hays, and Bailey Colletta, who were police officers with the St. Louis Metropolitan Police Department. The summonses contain their home addresses. Out of an abundance of caution, Plaintiffs respectfully request leave to file the memorandum under seal.

1

2

Date: September 25, 2020                    Respectfully submitted,

                                                      KHAZAELI WYRSCH, LLC

/s/ James R. Wyrsch
Javad M. Khazaeli, #53735(MO)
James R. Wyrsch, #53197(MO)
Kiara N. Drake, #67129(MO)
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
kiara.drake@kwlawstl.com

Alicia Campbell, 59586(MO)
Campbell Law LLC
3407 Jefferson Avenue
St. Louis, MO 63118
P: 888.588.5043
F: 314.588.9188
alicia@campbelllawllc.com

*Attorneys for Plaintiffs*