```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


ALICIA STREET, etc., et al.,   )
                               )
     Plaintiffs-Appellees,     )
                               )
v.                             )  No. 4:18-cv-2590 CDP
                               )
CITY OF ST. LOUIS, etc., et    )
al.,                           )
                               )
     Defendants-Appellants.    )
```

**NOTICE OF APPEAL**

Notice is hereby given that defendants Lt.Col. Gerald Leyshock, Lt. Scott Boyher, Lt. Timothy Sachs, Sgt. Randy Jemerson, Sgt. Matthew Karnowski, and Sgt. Brian Rossomanno appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 22nd day of February, 2021 [ECF 66].

                  Respectfully submitted,

                  MICHAEL A. GARVIN
                  CITY COUNSELOR

                  /s/ Robert H. Dierker
                  Robert H. Dierker 23671MO
                  Deputy City Counselor
                  dierkerr@stlouis-mo.gov
                  1200 Market St.
                  City Hall, Rm 314

                        St. Louis, MO 63103  
                        314-622-3361  
                        Fax 314-622-4956  
                        Attorneys for Defendants