UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **ALICIA STREET, et al.,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | Case No. 4:19-CV-2590 |
| | ) | **JURY TRIAL DEMANDED** |
| **v.** | ) | |
| | ) | |
| **LT.COL. LAWRENCE O'TOOLE,** | ) | |
|   **et. al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

### REQUEST TO TRANSMIT VIDEO EXHIBITS TO COURT OF APPEALS

Defendants hereby respectfully request that the Clerk of this Court transmit to the Clerk of the United States Court of Appeals for the Eighth Circuit Exhibit G to plaintiffs' complaint, referenced at ECF 13=7).  This request is made in order to complete the record on appeal in **8th Cir. No. 21-1524**, pursuant to F.R.A.P. 11(b)(2).

                                            Respectfully submitted,
                                            MATT MOAK
                                           CITY COUNSELOR
                                           <u>/s/ Robert H. Dierker</u>
                                           Robert H. Dierker #23671(MO)
                                           Associate City Counselor
                                           dierkerr@stlouis-mo.gov
                                           Attorneys for Defendants
                                           City Hall, Room 314,
                                           St. Louis, MO  63103
                                           314.622.3361
                                           FAX: 314.622.4956