# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et. al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Cause No. 4:2019-cv-02590-CDP |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al. | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW

Kiara N. Drake moves to withdraw as Counsel for Plaintiffs as Counsel is leaving the employ of Khazaeli Wyrsch, LLC. All other attorneys of record for Ms. Street will remain.

WHEREFORE, Counsel requests that the Court grant leave to withdraw.

Date: July 29, 2021

Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ Kiara N. Drake
Kiara Drake, 67129MO
James R. Wyrsch, 53197MO
Javad Khazaeli, 53735MO
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
kiara.drake@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com