UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:19-cv-02590 CDP |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## CONSENT MOTION TO VACATE ORDER

Plaintiffs respectfully moves this Court to vacate its Order (D.E. 83) ordering Defendants to file a response to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint. In support of this motion, Plaintiff states:

1. Plaintiffs filed their Motion for Leave to File Second Amended Class Action Complaint (D.E. 79) on February 22, 2022.

2. On August 23, 2022, this Court lifted the stay of this matter (D.E. 83), and granted Defendants to September 2, 2022, to file any response to Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint.

3. In light of the Opinion of the United States Court of Appeals filed July 27, 2022, Plaintiffs are in the process of preparing a new Motion for Leave to File Third Amended Class Action Complaint to address the issues raised in that opinion.

4. Unfortunately, due to the press of other business and counsels' vacation travels, Plaintiffs need additional time to finalize the motion and proposed amended complaint.

5.      Plaintiffs respectfully request the Court to vacate the order requiring a response to the February 22 motion for leave and to set a September 9, 2022 deadline for Plaintiffs to file their Motion for Leave to File Third Amended Class Action Complaint.

6.      Defendants have been apprised of this request and consent to this motion.

WHEREFORE, Plaintiffs request this Court grant their Consent Motion to Vacate Order, and set a deadline of September 9, 2022, to file their Motion for Leave to File Third Amended Class Action Complaint.

Dated:  September 2, 2022                           KHAZAELI WYRSCH, LLC

By:  /s/ James R. Wyrsch
      James R. Wyrsch (MO53197)
      Javad M. Khazaeli (MO53735)
      911 Washington Avenue
      Suite 211
      St. Louis, Missouri  63101
      (314) 288-0777
      james.wyrsch@kwlawstl.com
      javad.khazaeli@kwlawstl.com

      CAMPBELL LAW, LLC
      Alicia Campbell (MO59586)
      3407 S. Jefferson Avenue
      St. Louis, Missouri  63118
      (888) 558-5043
      alicia@campbelllawllc.com

      *Attorneys for Plaintiffs*