UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA STREET, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-2590 CDP |
| | ) | |
| LT.COL. LAWRENCE O'TOOLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

The Individual Defendants file this motion to dismiss the Third Amended

Complaint. The full argument and authorities are included in the memorandum in

support filed separately herewith.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird, 65564 MO
Associate City Counselor
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
Associate City Counselor
duncana@stlouis-mo.gov
Adriano Martinez, 69214 MO
Assistant City Counselor
Martineza@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
*Attorneys for Defendant City*

1