UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  4:19-cv-2590 CDP |
| ) | |
| LT.COL. LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

## CITY OF ST. LOUIS' MOTION TO DISMISS

Defendant, City of St. Louis files this motion to dismiss. Plaintiff has not set forth sufficient factual allegations to demonstrate that there was a custom or practice of unlawfully arresting or using excessive force on protestors. Further, Plaintiffs have not set forth any facts to plead a plausible failure to train claim. The full argument and authorities are included in the memorandum in support filed separately herewith.

1

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird, 65564 MO
Associate City Counselor
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
Associate City Counselor
duncana@stlouis-mo.gov
Adriano Martinez, 69214 MO
Assistant City Counselor
Martineza@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
*Attorneys for Defendant City*