**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ALICIA STREET, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | )   Cause No. 4:19-cv-02590-CDP |
| | ) |
| LT. COL. LAWRENCE O'TOOLE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

1. On Friday, December 16, 2022, the parties reached a settlement and executed a memorandum of understanding.

2. The parties are working to expeditiously file a motion for preliminary approval of class certification and the settlement, and they will finalize the proposed terms and request preliminary approval of the Court within 30 days.

WHEREFORE, the parties request that the Court pass this matter for settlement.

1

Respectfully submitted,

| | |
|---|---|
| **KHAZAELI WYRSCH LLC** | **SHEENA HAMILTON**<br>**CITY COUNSELOR** |
| /s/ James R. Wyrsch<br>James R. Wyrsch, 53197MO<br>Javad M. Khazaeli, 53735MO<br>John M. Waldron, 70401MO<br>911 Washington Avenue, Suite 211<br>St. Louis, MO 63101<br>(314) 288-0777<br>(314) 400-7701 (fax)<br>james.wyrsch@kwlawstl.com<br>javad.khazaeli@kwlawstl.com<br>jack.waldron@kwlawstl.com | /s/ Brandon Laird<br>Brandon Laird 65564 MO<br>lairdb@stlouis-mo.gov<br>Abby Duncan 67766 MO<br>duncana@stlouis-mo.gov<br>Adriano Martinez 69214 MO<br>martineza@stlouis-mo.gov<br>Assistant City Counselors<br><br>1200 Market St. City Hall, Rm 314<br>St. Louis, MO 63103<br>314-622-3361<br>Fax 314-622-4956<br>*Attorneys for Defendants* |
| **CAMPBELL LAW LLC**<br>Alicia Campbell, 59586MO<br>John Campbell, 59318MO<br>3470 S. Jefferson<br>St. Louis, Missouri 63114<br>alicia@campbelllawllc.com<br>john@campbelllawllc.com<br>*Attorneys for Plaintiff* | |