UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al.,            )<br>                                              )<br>     Plaintiffs,                        )<br>                                              )<br>     v.                                     )<br>                                              )<br>LT. COL. LAWRENCE O'TOOLE, )<br>et al.,                                      )<br>                                              )<br>     Defendants.                    ) | Case No. 4:19 CV 2590 CDP |

## **ORDER**

The parties having informed the Court that this class action is settled and that they intend to submit to the Court a Motion for Preliminary Approval of Settlement within thirty (30) days,

**IT IS HEREBY ORDERED** that Defendants' motions to dismiss [91, 93] are denied as moot.

**IT IS FURTHER ORDERED** that the deadlines and schedule presently imposed in this matter are **VACATED.**

**IT IS FURTHER ORDERED** that within thirty (30) days of the date of this Order, the parties shall file their Motion for Preliminary Approval of Settlement.  In preparing their motion, the parties shall consider the requirements of Rule 23(e), Federal Rules of Civil Procedure, including the provision of sufficient information from which I may determine under Rule 23(e)(1) whether

- 2 -

notice of the proposal must be given to the proposed class and whether a hearing is required under Rule 23(e)(2).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2022.