# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALICIA STREET, RONALD HARRIS, FUDAIL MCCAIN, ASHLEY THEIS, and NICOLE WARRINGTON, on behalf of Themselves and a class of similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LT. COL. LAWRENCE O'TOOLE, et.al.,<br><br>　　　　　Defendants. | Cause No. 4:19-cv-02590-CDP |

## PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Alicia Street, Ronald Harris, Fudail McCain, Ashley Theis, and Nicole Warrington ("Plaintiffs") hereby move this Court to (i) enter the Proposed Order granting Plaintiffs' Consent Motion for Preliminary Approval of Proposed Class Action Settlement, (ii) preliminarily certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (iii) appoint Khazaeli Wyrsch, LLC and Campbell Law, LLC as Class Counsel and Plaintiffs Alicia Street, Ronald Harris, Fudail McCain, Ashley Theis, and Nicole Warrington as Settlement Class Representatives, (iv) approve the substance, form, and manner of the Notices of Class Action Settlement for dissemination to all members of the Class, (v) approve Erich Vieth, Esq. as Settlement Administrator, and  (vi) schedule a Final Approval Hearing. Defendants consent to the relief requested.

Submitted in support of the Motion is Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement. Additionally, attached to this Motion are (1) a Proposed Order Granting Plaintiffs' Consent Motion for Preliminary

Approval of Class Action Settlement, (2) a Proposed Notice of Settlement of Claims, and (3) a Proposed Notice of Publication.

Dated: January 26, 2023    Respectfully submitted,

*/s/ Javad Khazaeli*
**KHAZAELI WYRSCH LLC**
Javad M. Khazaeli, 53735MO
James R. Wyrsch, 53197MO
John M. Waldron, 70401MO
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
jack.waldron@kwlawstl.com

**CAMPBELL LAW LLC**
Alicia Campbell, 59586MO
8112 Maryland Ave.
Suite 400
St. Louis, Missouri 63105
alicia@campbelllawllc.com

***Attorneys for Plaintiffs***