United States District Court for the Eastern District of Missouri

# If you were arrested on September 17, 2017, near the corner of Tucker Boulevard and Washington Avenue in the City of St. Louis, then a class action lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

### CLASS NOTICE OF SETTLEMENT OF CLAIMS

- ❖ Records indicate you are a Member of a Class of Plaintiffs who were arrested on September 17, 2017, near the corner of Tucker Boulevard and Washington Avenue by Defendant St. Louis Metropolitan Police Officers allegedly in violation of the First, Fourth, and Fourteenth Amendments of the United States Constitution and/or Missouri state law. Case No. 4:19-cv-02950.

- ❖ You are receiving this Notice because Plaintiffs and the Defendants have decided to settle this matter without proceeding to trial. The Court has approved a **settlement agreement** between the Parties.

- ❖ The Court did not decide in favor of Plaintiffs or the Defendants. Instead, both sides agreed to a settlement. That way, they avoid the costs and risks of a trial.

- ❖ The Class Representatives and their attorneys think the settlement is best for everyone.

- ❖ **YOU WILL RECEIVE COMPENSATION UNLESS YOU OPT OUT.**

**Your legal rights are affected by this settlement, and so you have a choice to make now:**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **REMAIN IN THE CLASS** | **Stay in this lawsuit.  Receive compensation per the settlement agreement.  Give up certain rights.**<br><br>By doing nothing, you will choose to get compensation based on the terms of the settlement in this case.  But you give up any rights to sue Defendants separately about the same legal claims in this lawsuit.<br>If you believe you qualify for Group 3 or Group 4, as explained in this document and the settlement agreement, you must file a Injury Claim Form. If you do not, you will qualify for Group 1 or Group 2, based on whether you have filed a lawsuit relating to the events in this case. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit.  Get no benefits from it.  Keep rights.**<br><br>If you ask to be excluded, you won't share in any of the money benefits of this settlement.  But you keep any rights to sue Defendants separately about the same legal claims in this lawsuit. |
| **OBJECT** | **You may object to this settlement.**<br><br>By doing so you are agreeing to remain in the class, you lose the right to opt-out, and if your objection is not agreed with by the Court, you will be bound by the terms of this agreement. |

- ❖ Your options are explained in this notice.  To ask to be excluded, you must act before **Month 00, 0000.**

- ❖ **Any questions? Read on and visit www. (TO BE DETERMINED)**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**………………………………………….  PAGE 4
    1. What are the terms of the settlement?
    2. To obtain my compensation, what do I need to do?
    3. If I want to object to the settlement, what do I need to do?
    4. How do I exclude myself from this settlement?

**THE LAWYERS REPRESENTING YOU**……………………………….  PAGE 7
    5. Do I have a lawyer in this case?

**GETTING MORE INFORMATION**………………………………………  PAGE 7
    6. Are more details available?

**BASIC INFORMATION**

### 1. What are the terms of settlement?

As a member of this class, you are entitled to compensation. There are 4 levels of compensation.  They are based on the injuries suffered, including the time and expense invested in pursuing claims relating to those injuries.  The categories are:

- Group 1: People who, as of December 6, 2022, did not file an individual lawsuit relating to the events of September 17, 2017 and who are not members of Groups 3 or 4.  Parties in this group will receive approximately between $13,500.00 - $26,500.00

- Group 2: People who, as of December 6, 2022, filed a lawsuit relating to the events of September 17, 2017.  Parties in this group will receive approximately $43,000.00

- Group 3: People who, whether they filed an individual lawsuit or not, provide medical records showing treatment for physical injuries, caused by the events of September 17, 2017, that lasted more than three months.  These members will have to provide an affidavit upon request and must be willing to be interviewed by class counsel.  They must also file an Injury Claim Form. Parties in this group will receive approximately between $35,500.00 - $50,500.00. . The amount any party in this group will receive will be determined on a case-by-case basis by Class Counsel in order to protect the interests of each class member and to provide appropriate compensation for the varying levels of injury.

- Group 4: People who, whether they filed an individual lawsuit or not, can document, by objective records, a permanent injury or permanent physical disability caused by the events of September 17, 2017, that cannot be fully resolved by medical intervention and that has significantly diminished their future earning abilities.  A party claiming in this group must be willing to submit records, an affidavit, and must be willing to be interviewed by class counsel.  They must also file an Injury Claim Form.  The amount any party in this group will receive will be determined on a case-by-case basis in order to protect the interests of each class member and to provide appropriate compensation for the varying levels of injury.

Classification in Group 3 and Group 4 is determined by Class Counsel, based on the strength of the evidence presented.

The expected recovery amounts are after the deduction of attorneys' fees, costs, costs of class administration, and honorarium fees.  They are approximate because all the fees and costs are subject to court approval and because qualification for each group must be determined in order to calculate final amounts.

The amounts received by Group 1 could increase or decrease based on the number of claims made.  They will adjust pro rata to equal final available funds in the Settlement Fund, after deduction of all mentioned attorneys' fees, costs, honorarium fees, and costs of administration.

### 2. To obtain compensation, what do I need to do?

**IF YOU WOULD LIKE TO QUALIFY FOR GROUP 1, YOU DO NOT NEED TO DO ANYTHING. YOU WILL RECEIVE YOUR COMPENSATION VIA MAIL AFTER FINAL APPROVAL OF THE SETTLEMENT. IF YOUR ADDRESS CHANGES BEFORE FINAL APPROVAL, CONTACT THE SETTLEMENT ADMINISTRATOR AT XXX-XXX-XXXX OR [XXX@CLAIMADMIN.COM](mailto:XXX@CLAIMADMIN.COM) TO NOTIFY THEM OF YOUR UPDATED CONTACT INFORMATION.**

**IN ORDER TO QUALIFY FOR GROUPS 3 & 4, PROPER DOCUMENTATION MUST BE PROVIDED FOR EVALUATION BY CLASS COUNSEL.  CLASS COUNSEL RETAINS THE FINAL RIGHT TO DETERMINE THE CLASSIFICATION OF CLASS MEMBERS. IF YOU CHOOSE TO REMAIN IN THE CLASS, YOU AGREE TO THE FINAL**

**DETERMINATION BY CLASS COUNSEL A.S TO WHICH GROUP YOU QUALIFY FOR AND THE AMOUNT OF COMPENSATION IN GROUP 4.**

**PURSUANT TO THE COURT'S ORDER, ALL CHECKS RECEIVED MUST BE CASHED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE. ANY CHECKS CASHED OR ATTEMPTED TO BE CASHED AFTER THIS DATE WILL BE VOID, AND YOU WILL NOT BE ELIGIBLE FOR ANY COMPENSATION.**

To file an Injury Claim Form, visit the Settlement Website (www.TO BE DETERMINED.com) to fill out the electronic injury claim form, complete the injury claim form that accompanies this notice, **or** call this number: 314-XXX-XXXX <u>WITHIN 45 DAYS OF THE DATE OF THIS NOTICE, which is DATE.</u>

If you follow this procedure, your injury claim form and accompanying records will be evaluated by Class Counsel, who may contact you for more information or an interview. This process will take additional time. You will be notified of the decision by Class Counsel by CERTIFIED MAIL.

### 3. If I want to object to this settlement, what do I need to do?

Any Class Member who wishes to object to this settlement and/or who wishes to be heard orally at the Final Approval Hearing must file with the Court (and serve copies on Class Counsel and Defense Counsel) a written Notice of Objection must be filed as described below. In order for an objection to be valid, YOU MUST FOLLOW THE OBJECTION INSTRUCTIONS BELOW.

Any Objection must be postmarked no later than [should insert date that is 30 days from the date of mailing]. The Objection shall be in writing, verified by sworn affidavit, and state the name, address and telephone number of the individual making the Objection, along with a detailed statement of each objection asserted, including the legal and factual grounds for objection and reasons for appearing and being heard, and attach any documents the individual wishes to be considered in support of the objection, along with any other information required in the Class Settlement Agreement.

No objecting Class Member will be permitted to appear and object at the Final Approval Hearing unless he or she has timely filed the Objection with the Court (with service on Class Counsel and Defense Counsel) and has filed a Notice of Intention to Appear with the Court. Class Members or their attorneys intending to make an appearance at the Final Approval Hearing must, no later than thirty (30) days prior to the Final Approval Hearing, file with the Court and serve Class Counsel and Defendant's counsel with a Notice of Intention to Appear that (i) states how much time the Class Member and/or his/her attorney anticipates needing to present his or her objection, (ii) identifies by name, address, and telephone number the Class Member making the objection, and a summary of the testimony supporting the objection, (iii) identifies by name, address, and telephone number all witnesses the Class Member and/or his/her attorney intends to present testimony from, including a summary of the testimony, (iv) identifies all exhibits the Class Member and/or his/her attorney intends to offer in support of the objection(s) and attaches complete copies of all exhibits, and (v) contains the signature of the Class Member making the objection and a statement under penalty of perjury that the individual is a Class Member, i.e. that the individual was present at the date and time outlined above

and in the Complaint.

More information, including the class settlement documents and the preliminary approval of settlement are available at [www.TO BE DETERMINED.com](www.TO BE DETERMINED.com).

### 4. How do I exclude myself from the Settlement?

If you do not wish to receive compensation as part of this settlement and you want to keep the right to sue the Defendants on your own about the legal issues in this case, or you have your own lawsuit currently against Defendants about the legal issues in this case, then there is a way for you to opt out of this settlement if you so choose. You do not have to opt out. If you decide that you would like to opt out, then you will not receive any compensation from this settlement. **YOU HAVE ONLY 30 DAYS TO OPT OUT.**

To opt out, you must take steps as outlined below to exclude yourself from the Settlement.

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from the Settlement Class. Your letter can simply say: "I hereby elect to be excluded from the Settlement Class in the Street v. City of St. Louis class action."  Be sure to include your name and address and sign the letter. Your Exclusion Request must be postmarked by [date] and sent to the following address: [ADDRESS] You may also get an Exclusion Request form at the website.

Again, if you opt out of the Settlement Class, you will not receive compensation as part of the Settlement.

**THE LAWYERS REPRESENTING YOU**

**4. Do I have a lawyer in this case?**

The Court decided that the law firms of Campbell Law, LLC of St. Louis, Missouri, and Khazaeli Wyrsch, LLC of St. Louis, Missouri, are qualified to represent you and all Class Members. Together the law firms are called "Class Counsel."   As a result of this agreement, the attorneys in this case will request approximately 33.3% of the total settlement value in fees. The approval of fees is up to the court.  The maximum fees requested are $1,638,000.00. Attorneys will also seek their expenses which will be no more than $205,000.00, administrative fees of no more than $20,000, and honorariums for the Class Representatives of no more than $10,000 each.

**GETTING MORE INFORMATION**

**5. Are more details available?**

Visit the website, www.TO BE DETERMINED.com, where you will find the Court's Preliminary Approval Order, and the Settlement Agreement.  You may also speak to one of the lawyers by calling 1-314-288-0777, or by calling the Settlement Administrator at 1-888-XXX-XXXX.  You may also write to the Settlement Administrator by writing to: INSERT