**Legal Notice**

**If You Were Arrested Near Tucker Boulevard and Washington Avenue on September 17, 2017,
You May Be Entitled to Compensation as a result of this Class Action Settlement.**

### What is this Notice?

There is a proposed Settlement pending in a class action involving the arrest of citizens on September 17, 2017, near the corner of Tucker Boulevard and Washington Avenue in the City of St. Louis.

### What is the Lawsuit About?

The lawsuit is called *Alicia Street, et.al., v O'Toole* and it is in the Federal Circuit Court of the Eastern District of Missouri, Cause No. 4:19-cv-02590-CDP. It alleges that the arrest of citizens on September 17, 2017, near the corner of Tucker Boulevard and Washington Avenue in the City of St. Louis was unconstitutional and a violation of law. Defendants dispute the allegations in the lawsuit. Both parties negotiated this settlement because they believe that the settlement is fair, adequate and reasonable. This settlement avoids the cost of future litigation and provides meaningful relief to the class.

### Who is Included?

The people eligible were arrested on September 17, 2017, near the corner of Tucker Boulevard and Washington Avenue in the City of St. Louis who have not previously settled claims related to this event. If you are not sure whether you are included, you can get more information by calling Erich Vieth, Class Administrator.

### What does the Settlement Provide?

If this settlement is approved by the Court, each class member who was arrested will receive compensation depending on the nature and treatment of any injury, and any litigation posture.

The **total** combined, potential benefits of this settlement for all Class Members are $4,914,000.00.

### What are my Legal Rights?

Consider your legal rights regarding the Settlement and make a decision about your options, including these options:

**A)** Group 1: People who as of December 6, 2022, did not file an individual lawsuit relating to the events of September 17, 2017 and who are not members of Groups 3 or 4. Parties in this group will receive approximately between $13,500.00 - $26,500.00.

**B)** Group 2: People who, as of December 6, 2022, filed an individual lawsuit relating to the events of September 17, 2017. Parties in this group will receive approximately $43,000.00.

**C)** Group 3: People who, whether they filed an individual lawsuit or not, provide medical records showing treatment for physical injuries, that lasted more than three months, caused by the events of September 17, 2017. These members will have to provide an affidavit upon request and must be willing to be interviewed by class counsel. They must also file an Injury Claim Form. Parties in this group will receive approximately between $35,500 - $50,500.00. The amount any party in this group will receive will be determined on a case-by-case basis by Class Counsel in order to protect the interests of each Class Member and to

### What if I want to be Excluded from this Settlement?

If you wish to be excluded from this Settlement, you must provide written notice by [date] to the Class Action Claims Administrator Erich Vieth at [address] or [email].

If you exclude yourself from the Settlement, you will receive no compensation as a part of the Settlement.

### What if I want to Object to the Settlement?

You or your lawyer have the right to appear before the Court and object to this Settlement. Objections must be written and postmarked by ____ __, 2023. See Class Action Website for more details. Objections will be considered at the Final Fairness Hearing. You will be bound by the terms of the Settlement even if your objection is rejected.

### What Happens to Unclaimed Checks?

After 30 days of the postmark date of your check, if your check is not cashed, it will revert to the City of St. Louis. You should cash your check as soon as you receive it.

### Who Represents Me?

The Court has appointed attorneys ("Class Counsel") to represent you. They are the attorneys of Campbell Law LLC, 8112 Maryland Avenue, Suite 400, St. Louis, MO 63105 and Khazaeli Wyrsch, LLC, 911 Washington Avenue, Suite 211, St. Louis, MO 63101. You will <u>not</u> be billed for their work. These attorneys have filed a request for attorneys' fees and litigation costs of $1,861,750.00 as well as a request for up to $10,000.00 for each Class Plaintiff for their work in this case. You may hire your own attorney, but only at your own expense.

### When Will the Court Consider the Proposed Settlement?

The Court will determine whether to approve the Settlement at a Fairness hearing held on ____ __, 2023, at __:__ _.m., in courtroom ____, 111 S 10th, St. Louis, MO 63102,. The Court will consider any timely filed objections at that time. If you file a timely objection and notice that you will appear, you may appear at the hearing to explain your objection, but you are not required to attend. If the hearing is relocated or rescheduled, the new location or date will be posted on the website below.

**For Further information and an Injury Claim Form:**
   **Visit: www.TO BE DETERMINED.com**
   **Write: Class Action Settlement Claims**
   **Administrator, ERICH VIETH**
   **P.O. Box ____, _____, ____ 00000-0000**

provide appropriate compensation for the varying levels of injury.

**D)** Group 4: People who, whether they filed an individual lawsuit or not, can document, by objective records, a permanent injury or permanent disability caused by the events of September 17, 2017, that cannot be fully resolved by medical intervention and that has significantly diminished their future earning abilities. A party claiming in this group must be willing to submit records, an affidavit, and must be willing to be interviewed by Class Counsel. They must also file an Injury Claim Form. The amount any party in this group will receive will be determined on a case-by-case basis in order to protect the interests of each Class Member and to provide appropriate compensation for the varying levels of injury.

**E)** Classification in Group 3 and Group 4 is determined by Class Counsel, based on the strength of the evidence presented.

**F)** The expected recovery amounts are after the deduction of attorney fees, costs, costs of class administration, and honorarium fees. They are approximate because all of the fees and costs are subject to court approval and because the qualification for each group must be determined in order to calculate final amounts.

**G)** The amounts received by Group 1 could increase or decrease based on the claims made. They will adjust pro rata to equal final available funds in the Settlement Fund, after deduction of all mentioned attorneys' fees, costs, honorarium fees, and costs of administration.