# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALICIA STREET, RONALD HARRIS, FUDAIL MCCAIN, ASHLEY THEIS, and NICOLE WARRINGTON, on behalf of Themselves and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>LT. COL. LAWRENCE O'TOOLE, et.al.,<br><br>    Defendants. | Cause No. 4:19-cv-02590-CDP |

## PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiffs hereby move this Court to grant Plaintiffs' Counsel's Motion for Attorney's Fees and Costs. In support thereof, Plaintiffs state as follows:

1. The Settlement Agreement in this case states that Plaintiffs' counsel may recover up to one third of the total amount of the Settlement Fund. Such an amount is consistent with similar settlements in complex class action cases in this District and in the Eighth Circuit more broadly.

2. This suit was filed more than three years ago, and the case has involved extensive litigation, discovery, and appellate work.

3. The parties reached a settlement only after years of hard-fought litigation and one failed mediation.

4. In addition to the attorney's fees, Plaintiffs' counsel requests $201,910.37 in reimbursed costs, mainly involving discovery expenditures and expert costs. Plaintiffs' counsel paid for these costs without any promise of reimbursement in this litigation. The reimbursements requested are also similar to those commonly reimbursed in this district.

For the foregoing reasons and those discussed in Plaintiffs' supporting memorandum, Plaintiffs request this Court grant their motion for costs and fees.

Dated: February 20, 2023                    Respectfully submitted,

**KHAZAELI WYRSCH LLC**

/s/ James Wyrsch
Javad M. Khazaeli, 53735MO
James R. Wyrsch, 53197MO
John M. Waldron, 70401MO
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
jack.waldron@kwlawstl.com

**CAMPBELL LAW LLC**

Alicia Campbell, 59586MO
8112 Maryland Ave.
Suite 400
St. Louis, Missouri 63105
alicia@campbelllawllc.com

*Attorneys for Plaintiffs*