## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| ALICIA STREET, RONALD HARRIS, FUDAIL MCCAIN, ASHLEY THEIS, and NICOLE WARRINGTON, on behalf of Themselves and a class of similarly situated persons, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No. 4:19-cv-02590-CDP |
| v. | ) ) | |
| LT. COL. LAWRENCE O'TOOLE, et.al., | ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

Plaintiffs Alicia Street, Ronald Harris, Fudail McCain, Ashley Theis, and Nicole Warrington ("Plaintiffs"), with the consent of Defendants City of St. Louis, et al.  hereby move this Court to (i) enter the Proposed Order granting Final  Approval of Proposed Class Action Settlement and certifying the Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (ii) affirm its appointment of the Plaintiffs as Class Representatives, (iii) appoint Khazaeli Wyrsch, LLC and Campbell Law, LLC as Class Counsel and (iv) enter Final Judgment consistent with these findings.

Submitted in support of the Motion is Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement.

Dated: May 25, 2023

Respectfully submitted,

*/s/ John Waldron*
**KHAZAELI WYRSCH LLC**
Javad M. Khazaeli, 53735MO
James R. Wyrsch, 53197MO
John M. Waldron, 70401MO

911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
jack.waldron@kwlawstl.com

**CAMPBELL LAW LLC**
Alicia Campbell, 59586MO
8112 Maryland Ave.
Suite 400
St. Louis, Missouri 63105
alicia@campbelllawllc.com

***Attorneys for Plaintiffs***