# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALICIA STREET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:19 CV 2590 CDP |
| ) | |
| LT. COL. LAWRENCE O'TOOLE, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered herewith, and there being no reason to delay entry of Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Class Action Settlement, entered into by and between the parties to resolve all outstanding claims in this action, is **APPROVED**. The Memorandum and Order Granting Final Approval of Class Action Settlement, and this Judgment entered thereon, are considered final and appealable as of the date of their entry.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2023.