UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALICIA STREET, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:19-cv-2590-CDP |
| v. | ) |
| | ) |
| LT. COL. LAWRENCE O'TOOLE, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs Alicia Street, Ronald Harris, Fudail McCain, Ashley Theis, and Nicol Warrington, on behalf of themselves and a class of similarly situated persons and Defendants City of Saint Louis, Missouri, Scott Boyher, Randy Jemerson, Matthew Karnowski, Gerald Leyshock, Samuel Rachas, Brian Rossomanno, and Timothy Sachs ("Defendants"), hereby stipulate and agree that the claims of Plaintiffs against Defendants are dismissed with prejudice.

Date:  August 3, 2023                                      Respectfully submitted,

**KHAZAELI WYRSCH LLC**                          **SHEENA HAMILTON**
                                                                            **CITY COUNSELOR**

/s/ James R. Wyrsch
James R. Wyrsch, #53197(MO)                    /s/ Brandon Laird
Javad M. Khazaeli, #53735(MO)                  Brandon Laird, #65564(MO)
John M. Waldron, #70401(MO)                    Abby Duncan, #67766(MO)
911 Washington Avenue, Suite 211              Adriano Martinez, #69214(MO)
St. Louis, MO 63101                                    1200 Market Street, Room 314
(314) 288-0777                                            St. Louis, MO 63103
james.wyrsch@kwlawstl.com                     (314) 622-3361
javad.khazaeli@kwlawstl.com                    lairdb@stlouis-mo.gov
jack.waldron@kwlawstl.com                      duncana@stlouis-mo.gov
                                                                   martineza@stlouis-mo.gov

**CAMPBELL LAW LLC**                              *Attorneys for Defendants*
Alicia Campbell, #59586(MO)
3470 S. Jefferson
St. Louis, Missousri 63114
alicia@campbelllawllc.com

*Attorneys for Plaintiff*